UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEROY A. PARSONS, IV,
    Petitioner,

vs.                                                        Case No.:  5:19cv255/RV/EMT

MARK INCH,
    Respondent.
                                  /

## ORDER

The chief magistrate judge issued a Report and Recommendation on December 16, 2020 (ECF No. 24).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 25), I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 24) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (ECF No. 7) is **DENIED**.

2.	The certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of January, 2021.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**